out a jury to support the judgment or as a basis of review," and paragraph 3 thereof provided that "no special findings of fact or certificate of evidence shall be necessary in any case in equity to support the decree."

Moreover, it will be noted that the last sentence of sec. 9c of the Adoption Act above quoted specifically provides that such a petition so filed shall be sufficient to authorize the court to hear the cause and enter a proper order or decree of adoption.

In our opinion there is no merit to the contention of plaintiff.

Therefore, the circuit court did not err in entering the order appealed from. Such order is affirmed.

*Affirmed.*

## Daniel Paley, Appellee, v. Darlene Juniors, Inc., Appellant.

**Gen. No. 9,671.**

McMillen & Garman, for appellant; Horace P. Garman and George F. Limerich, of counsel; Rosenberg & Rosenberg, for appellee; Joseph L. Rosenberg and Emanual Rosenberg, of counsel. Opinion by Presiding Justice Wheat. Not to be published in full. Opinion filed October 31, 1949; rehearing denied December 21, 1949; released for publication December 22, 1949.